FILED

03/25/2020

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0057

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## DA 20-0057.

WILLARD RUSSELL KEIGHTLEY,
Trustee of Louise Keightley Trust
and Manager of Property,

Plaintiff and Appellee,

v.

DAVID ANDREW KEIGHTLEY and
THE LOUISE KEIGHTLEY TRUST, by
and through, KATHLEEN KEIGHTLEY
JOHNS, co-Trustee,

Defendants and Appellant.

FILED

MAR 25 2020

Bowen Greenwood
Clerk of Supreme Court
State of Montana

ORDER

Representing himself, David Andrew Keightley has filed a verified motion to proceed on appeal without paying mediator costs. David provides that he cannot afford the costs for mediation in this appeal. He points out that he was unemployed for the last nine months and only recently began paid employment. Through counsel, Willard Russell Keightley has not filed a response.

We observe that David contemporaneously filed a motion for extension of time wherein he states that he hired an attorney recently to try to settle matter. While David did serve opposing counsel with both motions, it is not readily apparent whether David contacted opposing counsel prior to filing this motion to waive. M. R. App. P. 16(1).

A party may opt out of mediation based on an inability to pay. To seek a timely waiver of mediation under the Montana Rules of Appellate Procedure, a party should file "an affidavit stating the party is unable to afford appellate mediation . . . within the 15 days allowed for the parties to select a mediator under rule 7(4)(b)." M. R. App. P. 7(4)(g).

Upon review of our docket, the Clerk of the Supreme Court appointed a mediator on February 12, 2020, after the parties did not select one. David should have filed a waiver to

opt out of such mediation on or before February 6, 2020, or fifteen days after his appeal was filed. David did not do so. Upon review of his documents, David has demonstrated that he has limited financial resources. While his filing does not completely conform with this rule, we have been liberal in our application based upon a party's request. Upon consideration of David's motion and no objection to this waiver, therefore,

IT IS ORDERED that David's Motion to Proceed on Appeal without Paying Mediator Costs is GRANTED and mediation is thus WAIVED in this appeal.

The Clerk is directed to provide a copy of this Order to appointed mediator Arthur W. Wittich, to counsel of record, and to David Andrew Keightley personally.

DATED this 25th day of March, 2020.

For the Court,

By _____
Chief Justice